19116. SOUTHERN RAILWAY COMPANY *v.* CROW.

BLOODWORTH, J. The evidence was in conflict, "but the issues were for the jury, and there being evidence to authorize their verdict, the court did not err in overruling the motion for a new trial, based upon the general grounds only." *Western & Atlantic Railroad Co.* v. *Barnett*, 20 *Ga. App.* 616 (2) (93 S. E. 260); see *Allen* v. *State*, 37 *Ga. App.* 94 (139 S. E. 95); *Perkins* v. *Attaway*, 14 *Ga.* 28 (9).

Judgment affirmed. *Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 14, 1928.

*Ed Quillian, Wheeler & Kenyon,* for plaintiff in error.
*Jones & Reid, B. Frank Whelchel,* contra.